The People of the State of New York ex rel. Julia Litwin, Appellant, v. Katarzyna Hodkiewicz, Respondent.— Order affirmed, without costs. All concurred.

W. Anna Stark, Respondent, v. The Wyckoff Lumber and Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Judicial Settlement of the Accounts of Nathan J. Lowe and David L. Johnston, as Executors, etc., of Sarah J. Clement, Deceased.— Order granted amending decision so as to state that the reversal was made upon questions of law and fact, upon condition that the appellant in this court file a stipulation that the appeal to the Court of Appeals may be withdrawn, without costs in the Court of Appeals.

Anthony Kozlowski, Appellant, v. Rochester, Syracuse and Eastern Railroad Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

John Smidt, Respondent, v. Buffalo Cold Storage Company, Appellant. — Motion for reargument denied, with ten dollars costs.

Harry J. Welts, Appellant, v. Joseph C. Anderson, as Executor, etc., Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Amelia C. Jackson, Respondent, v. Robert W. Jackson and Another, Appellants.— Motion to dismiss appeal granted.

In the Matter of the Certificate of Nomination of Jerome B. Hovey, Jr., for the Office of Superintendent of Highways of the Town of Lindley, Steuben County, N. Y.— Appeal dismissed, without costs upon stipulation filed.

Clark A. Lawrence, Respondent, v. Tompkins County Co-operative Fire Insurance Company, Appellant, Impleaded with Charles R. Ferguson, as Executor, etc., of Samuel Ferguson, Deceased.— Judgment and order affirmed, with costs. All concurred.